IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:19-CV-00273-JLK

SPENSER MORRIS

    Plaintiff,

v.

ELENA DIMITRIJEVIC and ALLERGAN, PLC, an Irish Public Limited Company, d/b/a ALLERGAN USA, INC., a.k.a. ALLERGAN, INC., a Delaware Corporation

    Defendants.

## AMENDED STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW the plaintiff, Spenser Morris, by and through counsel, Zaner Harden Law, LLP, and the defendant's, Elena Dimitrijevic and Allergan, PLC, by and through counsel, Ross-Shannon & Delaney, P.C., and states as follows:

WHEREAS, all things and matters in controversy herein between the plaintiff, Spenser Morris, and the defendant's, Elena Dimitrijevic and Allergan, PLC, have been compromised and settled, and full accord and satisfaction made therefore,

IT IS HEREBY STIPULATED AND AGREED by and among the plaintiff, Spenser Morris, and the defendant's, Elena Dimitrijevic and Allergan, PLC, that the within action filed by Spenser Morris against Elena Dimitrijevic and Allergan, PLC, may be forthwith ordered dismissed with prejudice, each party to pay their own costs and attorney's fees.

| | |
|---|---|
| Dated: January 7, 2020 | Respectfully submitted, |
| ZANER HARDEN LAW, LLP | ROSS-SHANNON & DELANEY, P.C. |
| */s/ Yerin Cho* | */s/ Mark J. Gauthier* |
| Marc Harden, #36812 | Bradley Ross-Shannon, #15220 |
| Yerin Cho, # 50105 | Mark J. Gauthier, #21349 |
| Zaner Harden Law, LLP | Ross-Shannon & Delaney, P.C. |
| 1610 Wynkoop Street, Suite 120 | 300 Union Boulevard, Suite 415 |
| Denver, CO  80202 | Lakewood, CO  80228 |
| Telephone: 303-563-5354 | Telephone: 303-988-9500 |
| Facsimile: 303-563-5351 | Facsimile: 303-988-9511 |
| Email: mh@zanerhardenlaw.com | Email: br-s@ross-shannonlaw.com |
| yc@zanerhardenlaw.com | mgauthier@ross-shannonlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2020, a true and correct copy of the foregoing **AMENDED STIPULATION FOR DISMISSAL WITH PREJUDICE** was sent via Colorado Courts E-filing, addressed to the following:

Marc Harden, Esq.
Yerin Cho, Esq.
Zaner Harden Law, LLP
1610 Wynkoop Street, Suite 120
Denver, CO  80202

*/s/ Carla Carlson*